# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **QUARTER HOLDINGS, L.L.C., et al.** | **CIVIL ACTION NO. 2:23-cv-02064-NJB-JVM** |
| v. | |
| **WESTCHESTER SURPLUS LINES INSURANCE COMPANY, et. al.** | **JUDGE NANNETTE JOLIVETTE BROWN** |
| | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## DEFENDANTS' JOINT MOTION TO OPT OUT OF CASE MANAGEMENT ORDER

Defendants, Westchester Surplus Lines Insurance Company, Homeland Insurance Company of New York, StarStone Specialty Insurance Company, and Everest Indemnity Insurance Company (collectively, the "Defendants"), respectfully request this Court to enter an order granting Defendants' request to opt out of the Court's October 25, 2022 Case Management Order regarding Hurricane Ida claims, including the Streamlined Settlement Process [R. Doc 4]. As set forth more fully in the accompanying Memorandum in Support, good cause exists to allow Defendants to opt out of the Case Management Order.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Virginia P. Stewart*
Mark C. Dodart (Bar #17549)
Virginia P. Stewart (Bar #40062)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: mark.dodart@phelps.com
virginia.stewart@phelps.com

**ATTORNEYS FOR DEFENDANTS, WESTCHESTER SURPLUS LINES INSURANCE COMPANY AND HOMELAND INSURANCE COMPANY OF NEW YORK**

and

Respectfully submitted,

**MUSGRAVE, MCLACHLAN, & PENN, L.L.C.**

BY:   */s/ Ethan N. Penn*
Ethan N. Penn, Bar No.24596
Lindsey M. Devereux, Bar No. 36433
1555 Poydras St., Suite 2380
New Orleans, LA 70112
Telephone: (504) 799-4300
Facsimile: (504) 799-4301
Email: enp@mmpfirm.com
        lmd@mmpfirm.com

**ATTORNEYS FOR DEFENDANT, STARSTONE SPECIALTY INSURANCE COMPANY**

and

Respectfully submitted,

**ADAMS HOEFER HOLWADEL, LLC**

BY:   */s/ Bruce R. Hoefer*
BRUCE R. HOEFER, JR. (#6889)
Email: brh@ahhelaw.com
D. RUSSELL HOLWADEL (#16975)
Email: drh@ahhelaw.com
PHILLIP J. REW (#25843)
Email: pjr@ahhelaw.com
HEATHER E. REZNIK (#29175)
Email: her@ahhelaw.com
KYLE M. TRUXILLO (#38920)
Email: kmt@ahhelaw.com
RICHARD R. STEDMAN, II (#29435)
Email: rrs@ahhelaw.com
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130
Telephone: (504) 581-2606
Facsimile: (504) 525-1488

**ATTORNEYS FOR DEFENDANT, EVEREST INDEMNITY INSURANCE COMPANY**

2

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this 29th day of August, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record.

                                                */s/ Virginia P. Stewart*
                                                Virginia P. Stewart